INDICTMENT                    Exhibit A                    CC-79-008

# THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____Winter_____ Term, 19 79

The Grand Jury of said County charge that before the finding of this Indictment _____ Clarence Buchanan, alias Clarence Buchannon, whose true christian name is otherwise unknown to the Grand Jury, did, in the nighttime, with intent to steal, break into and enter a shop, store, warehouse or building known as Club Capri, in the possession of The Capri, Inc., a corporation, which is specially constructed or made to keep goods, wares or merchandise, and in which goods, wares or merchandise were kept for use, sale or deposit,

against the peace and dignity of the State of Alabama.

_____Ronald L. Myers_____
District Attorney of the 37th Judicial Circuit

Code 1940, Tit. 15, Sec. 259

VOL 22    9