INDICTMENT                          VOL 039 PAGE 876                          CC-87-230

## THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____ Spring _____ Term, 19__87__

The Grand Jury of said County charge that before the finding of this Indictment Clarence Buchanon, alias Clarence Buchannon, alias Snotrock, whose true christian name is otherwise unknown to the Grand Jury, did knowingly obtain or exert unauthorized control over four (4) packages of meat, the property of The Kroger Company, Inc., a corporation d/b/a Kroger Store #309, of the aggregate value of Fifty Dollars ($50.00), taken from or in a building where said property was stored or kept for sale, with the intent to deprive the owner of said property, in violation of §13A-8-4 of the Code of Alabama.

against the peace and dignity of the State of Alabama.

_____
District Attorney of the 37th Judicial Circuit

Sec. 15-8-150, Code 1975.