VOL 045 PAGE 460

INDICTMENT                                                                CC 90-0146

# THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____January_____ Term, 19__90__

The Grand Jury of said County charge that before the finding of this Indictment _____ Clarence Buchannon, alias Snot Rock, whose true christian name is otherwise unknown to the Grand Jury, did knowingly obtain or exert unauthorized control over one (1) pack of cigarettes and twelve (12) assorted toiletry sprays, the property of The Kroger Company, Inc., a corporation d/b/a Kroger Store #260, of the aggregate value of One Hundred One Dollars ($101.00), with the intent to deprive the owner of said property, in violation of §13A-8-4 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

_____
District Attorney of the 37th Judicial Circuit

Sec. 15-8-150, Code 1975.