IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE BUCHANNON        (
                          (
           PETITIONER     (         RECEIVED
                          (
VS.                       (         2006 MAR 28 A 9:53
                          (
STATE OF ALABAMA          (   CIVIL ACTION NO:  3:06-CV-117-MHT
                          (
           RESPONDENT     (
                          (

PETITIONER'S WRITTEN OBJECTIONS

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE BUCHANNON" AND FILES THIS HIS "PETITIONER'S WRITTEN OBJECTIONS" TO THE "RECOMMENDATION OF THE MAGISTRATE JUDGE" DATED MARCH 13, 2006 AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT.

I. DISMISSAL WITHOUT PREJUDICE TO THE PETITIONER'S RIGHT TO FILE A SEPERATE HABEAS CORPUS PETITION WITH RESPECT TO EACH JUDGEMENT HE SEEKS TO CHALLENGE IN THE INSTANT PETITION

2. THE PETITIONER CONTENDS THAT THIS HONORABLE COURT IS SEEKING TO HAVE THE PRESENT "MOTION TO SECURE JURISDICTION" PURSUANT TO "ARTICLE III OF THE UNITED STATES CONSTITUTION" AND THE "LEGISLATURE ACTS OF CONGRESS" PURSUANT TO "TITLE 28 USC 2241" "DISMISSED WITHOUT PREJUDICE" TO THE PETITIONER'S RIGHT TO FILE A SEPERATE HABEAS CORPUS PETITION WITH RESPECT TO EACH JUDGEMENT HE SEEKS TO CHALLENGE IN THE INSTANT PETITION, AND TO FURTHER THAT, THE PETITIONER'S "MOTION TO SECURE JURISDICTION" MUST BE TREATED AS A "28 USC 2254" PETITION AND A "28 USC 2241" PETITION AND A "IN CUSTODY" PROVISION OF THE TWO (2) STATUTES.

3. THE PETITIONER CONTENDS THAT THIS HONORABLE COURT HAS THE POWER TO CONSOLIDATE THE PETITIONER'S THREE(3) CASES, FOR PURPOSSES OF "ECONOMIC RESOURCES" AND THE COURTS CASE LOAD PER SE, OF THE MAGISTRATE JUDGE.

I

4. THE PETITIONER CONTENDS THAT IT IS EVIDENT THAT THIS MATTER IS NOT APPROPRIATE FOR "28 USC 2254" RELIEF AT THIS JUNCTURE OR THE RELIEF UNDER THE SAVINGS PROVISIONS OF THIS STATUTE AS INTERPRETED BY WOFFORD V. SCOTT 177 F 3d 1236 1241 (11TH CIR. 1999), THE PERTINENT ISSUE IS WHETHER THERE IS ANY RELIEF AVAILABLE TO THE PETITIONER UNDER THE PARTICULAR FACTS PRESENTED?

WHEREFORE PREMISES CONSIDERED PETITIONER MOVES THIS HONORABLE COURT TO ENTER A ORDER VACATING IT'S "RECOMMENDATION OF THE MAGISTRATE JUDGE" DATED MARCH 13, 2006 AND TO ORDER THE RESPONDENT TO APPEAR AND SHOW CAUSE

DONE THIS THE ____ DAY OF MARCH 2006

RESPECTFULLY SUBMITTED

_____
CLARENCE BUC HANNON
AIS# 123991
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA    35023-7299

2