IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARENCE BUCHANNON, #123 891 | * |
| Petitioner, | * |
| v. | *   3:06-CV-117-MHT |
| STATE OF ALABAMA. | * |
| Respondent. | * |

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on March 13, 2006 (Doc. No. 4) be and is hereby VACATED.

DONE, this 10th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE