IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CLARENCE BUCHANNON, #123 891    *

    Petitioner,                        *

    v.                               *    3:06-CV-117-MHT

STATE OF ALABAMA.            *

    Respondent.                 *

_____

**ORDER**

For good cause, it is

ORDERED that the court's April 12, 2006 order (Doc. No. 8) be and hereby is WITHDRAWN.

It is further

ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 3) be and is hereby GRANTED.

DONE, this 14th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE