IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARENCE BUCHANNON, #123891, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, )<br>)<br>   Respondent. ) | CIVIL ACTION NO. 3:06cv117-MHT<br>(WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed.

Done this the 28th day of April, 2006.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE