IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE BUCHANNON            (
                              (
          PETITIONER           (
                              (
VS.                           (    CIVIL ACTION NO: 3:06-CV-117-MHT
                              (
STATE OF ALABAMA              (
                              (
          RESPONDENT           (
                              (

## MOTION TO VACATE, ALTER OR AMEND JUDGEMENT

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE BUCHANNON" AND FILES THIS HIS "MOTION TO VACATE, ALTER OR AMEND JUDGEMENT" PURSUANT TO RULE 59 (e) F.R.CIV.P. AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT.

1. ON APRIL 28, 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT DISMISSED THE PETITIONER'S "MOTION TO SECURE JURISDICTION" PURSUANT TO "ARTICLE III OF THE UNITED STATES CONSTITUTION"

2. THE PETITIONER CONTENDS THAT THIS HONORABLE COURT TREATED THESE PROCEEDINGS PURSUANT TO "28 USC 2254" WHICH IS INAPPROPRIATE UNDER THE FACS OF THIS PARTICULAR CASE SEE WOFFORD V. SCOTT

3. THE PETITIONER MOVES THIS HONORABLE COURT TO ENTER A ORDER VACATING, ALTERING OR AMENDING IT'S ORDER DATED APRIL 28, 2006 AND TO ENTER A NEW ORDER DIRECTING THE RESPONDENT'S TO FULLY RESPOND TO THE PETITIONER'S ALLEGATIONS CONTAINED IN HIS "MOTION TO SECURE JURISDICTION"

DONE THIS THE 15TH DAY OF MAY 2006

1

RESPECTFULLY SUBMITTED

*Clarence Buchannon*
CLARENCE BUCHANNON
AIS# I23991
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA    35023-7299

CC:    PETITIONER'S FILE