IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CLARENCE BUCHANNON,           ) | |
| ) | |
|     Petitioner,               ) | |
| ) | CIVIL ACTION NO. |
| v.                          ) | 3:06cv117-MHT |
| ) | |
| STATE OF ALABAMA,            ) | |
| ) | |
|     Respondent.               ) | |

**ORDER**

It is ORDERED that petitioner's motion to vacate, alter, or amend judgment (doc. no. 12) is denied.

DONE, this the 19th day of May, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE