IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CLARENCE BUCHANNON | ( |
| PETITIONER | ( |
| VS. | ( CIVIL ACTION NO 3:06-CV-117-MHT |
| STATE OF ALABAMA | ( |
| RESPONDENT | ( |

RECEIVED 2006 JUN -2 A 10: 07

## MOTION FOR RECONSIDERATION

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE BUCHANNON" AND FILES THIS HIS "MOTION FOR RECONSIDERATION" AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON APRIL 28, 2006 THIS HONORABLE COURT ENTERED A ORDER OF "FINAL JUDGEMENT" IN WHICH IT DISMISSED THE PETITIONER'S "MOTION TO SECURE JURISDICTION"

2. THEN ON MAY 15, 2006 THE PETITIONER FILED A "MOTION TO VACATE, ALTER, OR AMEND JUDGEMENT" PURSUANT TO RULE 59 (e) F.R.CIV.P.

3. AND ON MAY 19, 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT DENIED THE PETITIONER'S "MOTION TO VACATE, ALTER OR AMEND JUDGEMENT"

4. THE PETITIONER CONTENDS THAT IT IS FROM THAT ORDER THAT THIS PETITIONER ASK THAT THIS HONORABLE COURT REVISIT THE ALLEGATIONS IN THE PETITIONER'S "MOTION TO VACATE, ALTER OR AMEND JUDGEMENT" AND TO RECONSIDER IT'S FINAL JUDGEMENT DATED APRIL 28, 2006

DONE THIS THE 31ST DAY OF MAY 2006

I

RESPECTFULLY SUBMITTED

*Clarence Buchannon*
CLARENCE BUC HANNON
AIS# 123891
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA   35023-7299