IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE BUCHANNON, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv117-MHT |
| | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Respondent. | ) | |

                                  ORDER

It is ORDERED that the motion for reconsideration (doc. no. 14) is denied.

DONE, this the 5th day of June, 2006.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE